■ In the Matter of the Claim of EDWARD L. ROSE et al., Respondents. WILLIAM C. McCOMBS COMPANY, INC., Appellant. MARTIN P. CATHERWOOD,

as Industrial Commissioner, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.